UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | CRIMINAL DOCKET 3:12-CR-54-1 |
| | § | **HONORABLE SAM A. LINDSAY** |
| vs. | § | |
| | § | |
| JACQUES ROY, M.D. | § | |
| *Defendant.* | § | |

### JACQUES ROY'S WITNESS LIST

TO THE HONORABLE SAM A. LINDSAY:

Jacques Roy, M.D., files his witness list in this case in accordance with LCrR16.1(b) as follows[1]:

**Expert Witnesses**
Dona Werner, RN, MA
Eric Devlin, BA, JD
Gresham Bayne, M.D.
Harold S. Haller, PhD.
M. Jan Spears, BA
Stacey McKnight, RN, BS
Susan Hartman, CPA

**Non-Expert Witnesses**
Butch Jener
Carla Cox
Dalee Harris
Daryl Nelson
Glenn Gann
Jane Evans
Jeremy Columbik

---

[1] This list is contemplated to include all anticipated witnesses Roy intends to call; however, Roy prays the Court allow for some adjustment depending on the testimony and evidence admitted during the Government's case-in-chief.

Jimmy Boughton
Louise Lamarre
Lurese A. Terrell
Marissa Wallace
Nicolas Lamarre
Paul Lidkey
Richard Columbik
Shena Mote
Steven Flannagan
Xico R. Garcia

Respectfully Submitted,

/s/ Ali R. Fazel
Ali R. Fazel
State Bar of Texas:  24012611

/s/ Robert A. Scardino
Robert A. Scardino
State Bar of Texas:  17719500

**SCARDINO & FAZEL**
Sweeney, Coombs & Fredericks Building
1004 Congress St., Third Floor
Houston, Texas 77002
Telephone: (713) 229-9292
Facsimile:  (713) 229-9931

/s/ Marlo P. Cadeddu
Marlo P. Caddedu
State Bar of Texas:  24028839

**Law Office of Marlo P. Cadeddu, P.C.**
3232 McKinney Avenue
Suite 700
Dallas, Texas 75204
Phone: (214) 220-9000
Fax:    (214) 744-3015

**ATTORNEYS FOR THE DEFENDANT,
JACQUES ROY, M.D.**

**CERTIFICATE OF SERVICE**

Ali R. Fazel certifies that a true and correct copy of this document has been submitted to the clerk of the court on February 15, 2016 and served, via ECF filing to all parties of record.

    /s/ Ali R. Fazel
    Ali R. Fazel