UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| *Plaintiff* | § | CRIMINAL DOCKET 3:12-CR-54-1 |
| | § | **HONORABLE SAM A. LINDSAY** |
| vs. | § | |
| | § | |
| JACQUES ROY, M.D. | § | |
| *Defendant.* | § | |

### JACQUES ROY'S EXHIBIT LIST

TO THE HONORABLE SAM A. LINDSAY:

Jacques Roy, M.D., files his exhibit list in this case as follows[1]:

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | **Manuals** | | |
| M1 | Medicare Publication 100 – 02 Medicare Benefit Policy Manual, Chapter 7, "Home Health Services" | | |
| M2 | Medicare Publication 100-01 Medicare General Information, Eligibility and Entitlement Manual, Chapter 4," Physician Certification and Recertification Services" | | |
| M3 | Medicare Publication 100 - 03 Medicare Claims Processing Manual, Chapter 10 "Processing Home Health Claims" | | |
| M4 | Medicare Publication 100 - 03 Medicare Claims Processing Manual, Chapter 12"Physician/Nonphysician Practitioners" | | |
| M5 | Medicare Publication 100 - 03 Medicare Claims Processing Manual, Chapter 20 - Durable Medical Equipment, Prosthetics, Orthotics, and Supplies (DMEPOS) | | |

---

[1] This list is contemplated to include all anticipated exhibits Roy intends to use; however, Roy prays the Court allow for some adjustment depending on the testimony and evidence admitted during the Government's case-in-chief.


| | | | |
|---|---|---|---|
| M6 | Medicare Program Integrity Manual Chapter 1 - "Medicare Improper Payments: Measuring, Correcting, and Preventing Overpayments and Underpayments" | | |
| M7 | Medicare Publication 100-08 Medicare Program Integrity Manual, Chapter 4, "Benefit Integrity" | | |
| M8 | Medicare Publication 100-08 Medicare Program Integrity Manual, Chapter 6, "Medicare Contractor Medical Review Guidelines for Specific Services" | | |
| M9 | OASIS Users Manual 2005-2008 | | |
| M10 | OASIS C Guidance Manual 2009-2014 | | |
| M11 | Palmetto Training Manual 2007 version | | |
| | **Reports** | | |
| R1 | MedPac Report to Congress 2015, Chapter 9 "Home Health Care" Services" | | |
| R2 | MedPac Report to Congress 2011, Chapter 8 "Home Health Services" | | |
| R3 | Palmetto GBA Home Health and Hospice "Home Health Coalition Q & A" - Attachment A- Home Health Coalition Reports Q4  2010 , January 10, 2011 | | |
| R4 | Palmetto GBA Home Health and Hospice "Home Health Coalition Q & A" - Attachment A- Home Health Coalition Reports Q1 2011 , June 6, 2011 | | |
| R5 | Palmetto GBA Home Health and Hospice "Home Health Coalition Q & A" - Attachment C- Home Health Coalition Reports Q3 2011 , November 14, 2011 | | |
| R6 | Palmetto GBA Home Health and Hospice "Home Health Coalition Q & A" - Attachment C- Home Health Coalition Reports Q4 2011 , March 5, 2012 | | |
| | **Publications** | | |
| S1 | HHS Public Access approved article, "Physical and Mental Health of the Homebound Elderly: An Overlooked Population" | | |
| S2 | HHS Public Access , approved article "Depression in Homebound Older Adults: Recent Advances in Screening and Psychosocial Interventions" | | |
| S3 | Office of Inspector General (OIG) Report "Inappropriate and Questionable Billing by Medicare Home Health Agencies" – August 2002 | | |

| | | | |
|---|---|---|---|
| S4 | Office of Inspector General (OIG) Report "Limited Compliance with Medicare's Home Health Face to Face Documentation" – April 2014 | | |
| S5 | Medicare Frequently Asked Questions "Could you clarify CMS' policy about the homebound status of home health patients who can drive?" | | |
| S6 | US Department of Health and Human Services, ASPE Report, "Clarifying the Definition of Homebound and Medical Necessity Using OASIS Data: Final Report" March 2001 | | |
| S7 | Home Health Strategic Management article "Medicare Resources for Definition of Homebound Status", November 18, 2007 | | |
| S8 | HHS GovArchive, "Medicare Acts to Protect Services for Homebound Beneficiaries", Tommy Thompson July 26, 2002 | | |
| | **Data** | | |
| D1 | Medicare and Medicaid Claims Data (subpoenaed by defense) | | |
| D2 | Government spreadsheet "Jacques Roy header claims-data"  (Government Production 5) | | |
| | **Home Health Agency Records (previously produced in reciprocal discovery)** | | |
| HH100 | AARON HOME HEALTH CARE SERVICES | | |
| HH200 | ADVANT HOME HEALTH | | |
| HH300 | AIDING HOME HEALTH | | |
| HH400 | AJ HOME HEALTH SERVICES | | |
| HH500 | ALL STAR HEATLHCARE | | |
| HH600 | ALPHA-MK | | |
| HH700 | APEX HOMECARE | | |
| HH800 | BEST CHOICE HOME CARE | | |
| HH900 | BLESSING HEALTHCARE SERVICES | | |
| HH1000 | BONYL HEALTHCARE | | |
| HH1100 | CALVARY HEALTH CARE | | |

| | | | |
|---|---|---|---|
| HH1200 | CALVARY HILL HEALTH CARE SVCS | | |
| HH1300 | CARAMEL HEALTHCARE SERVICES | | |
| HH1400 | CHILEX HOMECARE SERVICES | | |
| HH1500 | CLASSIC HOME HEALTHCARE | | |
| HH1600 | COMFORT HOME HEALTHCARE | | |
| HH1700 | COMMUNITY CONNECTION HOME HEALTH | | |
| HH1800 | COURAGE HEALTH CARE SERVICES | | |
| HH1900 | CRISKEL HOME HEALTH | | |
| HH2000 | DELTA HOME HEALTHCARE | | |
| HH2100 | DFW CONSOLIDATED | | |
| HH2200 | DIVINE HEART HEALTHCARE | | |
| HH2300 | DIVINE MERCY HOME HEALTH | | |
| HH2400 | DOVER HEALTHCARE SERVICES | | |
| HH2500 | EFE HEALTHCARE | | |
| HH2600 | ESHCOL HEALTHCARE SERVICES | | |
| HH2700 | ESSENCEE HOME HEALTH | | |
| HH2800 | FRONTVIEW HOME HEALTH | | |
| HH2900 | GIRLING HEALTH CARE | | |
| HH3000 | GOOD HEALTH SERVICES | | |
| HH3100 | GOOD SHEPHERD | | |
| HH3200 | GOODWILL HEALTHCARE SERVICES | | |
| HH3300 | GREENLIGHT HOME HEALTHCARE SERVICES | | |
| HH3400 | HALLMARK HEALTHCARE | | |
| HH3500 | JACY'S HOME HEALTHCARE PLUS | | |
| HH3600 | JOAB HOME HEALTH SVCS | | |
| HH3700 | KINGS HEALTH CARE | | |
| HH3800 | LEGEND HOME HEALTHCARE | | |
| HH3900 | MENAS HOME HEALTHCARE SOLUTIONS | | |
| HH4000 | MONARCH HOME HEALTHCARE | | |

| | | | |
|---|---|---|---|
| HH4100 | NAAMAN COMMUNITY HEALTH SERVICES | | |
| HH4200 | OMEGA HOME HEALTHCARE | | |
| HH4300 | PADEZ HOME HEALTH, INC | | |
| HH4400 | PATHWAY HOME HEALTH | | |
| HH4500 | POSITIVE HOME HEALTH | | |
| HH4600 | POTTERS HH AGENCY | | |
| HH4700 | PROSPERITY HEALTH SERVICES | | |
| HH4800 | RAPHACARE SERVICES | | |
| HH4900 | SAVIOR HOME HEALTH | | |
| HH5000 | SENIORS CHOICE | | |
| HH5100 | SURE HOME HEALTH | | |
| HH5200 | THREE STAR HOME HEALTH | | |
| HH5300 | TIPPLE ALLIANCE HOME HEALTH | | |
| HH5400 | TRINICARE HOME HEALTH | | |
| HH5500 | ULTIMATE HOME HEALTH CARE | | |
| HH5600 | UNITED COMFORT HEALTHCARE | | |
| HH5700 | US HOME HEALTH CARE | | |
| HH5800 | VANA HOME HEALTH | | |

Respectfully Submitted,

/s/ Ali R. Fazel
Ali R. Fazel
State Bar of Texas:  24012611

/s/ Robert A. Scardino
Robert A. Scardino
State Bar of Texas:  17719500

**SCARDINO & FAZEL**
Sweeney, Coombs & Fredericks Building
1004 Congress St., Third Floor
Houston, Texas 77002
Telephone: (713) 229-9292
Facsimile:  (713) 229-9931

/s/ Marlo P. Cadeddu
Marlo P. Caddedu
State Bar of Texas:  24028839

**Law Office of Marlo P. Cadeddu, P.C.**
3232 McKinney Avenue
Suite 700
Dallas, Texas 75204
Phone: (214) 220-9000
Fax:     (214) 744-3015

**ATTORNEYS FOR THE DEFENDANT,
JACQUES ROY, M.D.**

**CERTIFICATE OF SERVICE**

      Ali R. Fazel certifies that a true and correct copy of this document has been submitted to the clerk of the court on February 15, 2016 and served, via ECF filing to all parties of record.

                                                    /s/ Ali R. Fazel
                                                        Ali R. Fazel